**UNITED STATES BANKRUPTCY COURT**
SOUTHERN **DISTRICT OF** FLORIDA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CRUZ, LAZARO | § | Case No. 11-17798 |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/24/2011 . The undersigned trustee was appointed on 03/24/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 5,000.53

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 198.73 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 4,801.80 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/23/2012 and the deadline for filing governmental claims was 03/23/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,250.05 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,250.05 , for a total compensation of $ 1,250.05 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 62.88 , for total expenses of $ 62.88 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/04/2014 By:/s/DREW M. DILLWORTH
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1 - EXHIBIT A**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 11-17798 RAM Judge: ROBERT A. MARK
Case Name: CRUZ, LAZARO

For Period Ending: 01/04/14

Trustee Name: DREW M. DILLWORTH
Date Filed (f) or Converted (c): 03/24/11 (f)
341(a) Meeting Date: 05/03/11
Claims Bar Date: 03/23/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7849 SW 36 St, Miami, FL 33155 | 194,500.00 | 0.00 | | 0.00 | FA |
| 2. Cemetery lot | 7,479.17 | 0.00 | | 0.00 | FA |
| 3. CASH | 10.00 | 0.00 | | 0.00 | FA |
| 4. Ocean Bank Checking Acct 5306 | 400.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,150.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS/COLLECTIBLES | 20.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 80.00 | 0.00 | | 0.00 | FA |
| 8. FURS AND JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 9. Seaboard Corporation 401K | 59,603.46 | 0.00 | | 0.00 | FA |
| 10. 2005 Toyota Camry | 5,700.00 | 0.00 | | 0.00 | FA |
| 11. 2010 Tax Refund (u) | Unknown | 5,000.00 | | 5,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.53 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $269,042.63 | $5,000.00 | | $5,000.53 | $0.00 |

**FORM 1 - EXHIBIT A**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Case No: 11-17798 RAM Judge: ROBERT A. MARK
Case Name: CRUZ, LAZARO

Trustee Name: DREW M. DILLWORTH
Date Filed (f) or Converted (c): 03/24/11 (f)
341(a) Meeting Date: 05/03/11
Claims Bar Date: 03/23/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11 Current Projected Date of Final Report (TFR): 01/31/14

_______________________________________ Date: __________________

DREW M. DILLWORTH

**FORM 2 - EXHIBIT B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 11-17798 -RAM
Case Name: CRUZ, LAZARO

Taxpayer ID No: 35-6914788
For Period Ending: 01/04/14

Trustee Name: DREW M. DILLWORTH
Bank Name: BANK OF KANSAS CITY
Account Number / CD #: *******1675 Checking Account

Blanket Bond (per case limit): $ 1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/22/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 4,946.43 | | 4,946.43 |
| 07/16/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.64 | 4,944.79 |
| 08/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 5.66 | 4,939.13 |
| 09/17/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 5.65 | 4,933.48 |
| 10/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 5.46 | 4,928.02 |
| 11/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 5.64 | 4,922.38 |
| 12/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 5.45 | 4,916.93 |
| 01/16/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 5.63 | 4,911.30 |
| 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 5.62 | 4,905.68 |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 6.59 | 4,899.09 |
| 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 7.29 | 4,891.80 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 10.00 | 4,881.80 |
| 05/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,871.80 |

Page Subtotals 4,946.43 74.63

**FORM 2 - EXHIBIT B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 11-17798 -RAM
Case Name: CRUZ, LAZARO

Taxpayer ID No: 35-6914788
For Period Ending: 01/04/14

Trustee Name: DREW M. DILLWORTH
Bank Name: BANK OF KANSAS CITY
Account Number / CD #: *******1675 Checking Account

Blanket Bond (per case limit): $ 1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/28/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,861.80 |
| 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,851.80 |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,841.80 |
| 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,831.80 |
| 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,821.80 |
| 11/29/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,811.80 |
| 12/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,801.80 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 4,946.43 | 144.63 | 4,801.80 |
| Less: Bank Transfers/CD's | 4,946.43 | 0.00 | |
| Subtotal | 0.00 | 144.63 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 144.63 | |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 70.00 |

**FORM 2 - EXHIBIT B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 11-17798 -RAM
Case Name: CRUZ, LAZARO

Taxpayer ID No: 35-6914788
For Period Ending: 01/04/14

Trustee Name: DREW M. DILLWORTH
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7287 BofA - Money Market Account

Blanket Bond (per case limit): $ 1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/11 | 11 | LAZARO CRUZ<br>7849 SW 36 ST.<br>MIAMI, FL 33155 | Order dated 6/1/11 ECF 22 | 1224-000 | 5,000.00 | | 5,000.00 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 5,000.01 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.05 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.09 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,000.14 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.18 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.22 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.37 | 4,993.85 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,993.89 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.16 | 4,987.73 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,987.77 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.15 | 4,981.62 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,981.66 |

Page Subtotals 5,000.34 18.68

**FORM 2 - EXHIBIT B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

| | | | |
|---|---|---|---|
| Case No: | 11-17798 -RAM | Trustee Name: | DREW M. DILLWORTH |
| Case Name: | CRUZ, LAZARO | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7287 BofA - Money Market Account |
| Taxpayer ID No: | 35-6914788 | | |
| For Period Ending: | 01/04/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.53 | 4,975.13 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,975.17 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.91 | 4,969.26 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,969.30 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.11 | 4,963.19 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,963.23 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.31 | 4,956.92 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,956.96 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.30 | 4,950.66 |
| 06/22/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 4,950.69 |
| 06/22/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 4.26 | 4,946.43 |
| 06/22/12 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 4,946.43 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.19 | 4,981.85 |

**FORM 2 - EXHIBIT B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 11-17798 -RAM
Case Name: CRUZ, LAZARO

Taxpayer ID No: 35-6914788
For Period Ending: 01/04/14

Trustee Name: DREW M. DILLWORTH
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7287 BofA - Money Market Account

Blanket Bond (per case limit): $ 1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,000.53 | 5,000.53 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 4,946.43 | |
| | | | Subtotal | | 5,000.53 | 54.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,000.53 | 54.10 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1675 | 0.00 | 144.63 | 4,801.80 |
| BofA - Money Market Account - ********7287 | 5,000.53 | 54.10 | 0.00 |
| | 5,000.53 | 198.73 | 4,801.80 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: January 04, 2014

Case Number: 11-17798
Debtor Name: CRUZ, LAZARO

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | FIA Card Services, N.A. as successor to<br>Bank of America, N.A. (USA)<br>and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | (1-1) Account Number (last 4 digits):6274 | $0.00 | $1,917.45 | $1,917.45 |
| 000002<br>080<br>7200-00 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712 | Unsecured | (2-1) Account Number (last 4 digits):4206 | $0.00 | $3,062.26 | $3,062.26 |
| | Case Totals: | | | $0.00 | $4,979.71 | $4,979.71 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-17798
Case Name: CRUZ, LAZARO
Trustee Name: DREW M. DILLWORTH

| | | |
|---|---|---|
| Balance on hand | $ | 4,801.80 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DREW M. DILLWORTH | $ 1,250.05 | $ 0.00 | $ 1,250.05 |
| Trustee Expenses: DREW M. DILLWORTH | $ 62.88 | $ 0.00 | $ 62.88 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,312.93 |
| Remaining Balance | $ | 3,488.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,917.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA Card Services, N.A. as successor to | $ 1,917.45 | $ 0.00 | $ 1,917.45 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 1,917.45 |
| Remaining Balance | $ 1,571.42 |

Tardily filed claims of general (unsecured) creditors totaling $ 3,062.26 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 51.3 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Capital One, N.A. | $ 3,062.26 | $ 0.00 | $ 1,571.42 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 1,571.42 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE